| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kendall, Virginia M. | 2. Court or Organization<br><br>US District Court ND IL | 3. Date of Report<br><br>05/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>219 S. Dearborn -Chambers 2378<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. United States District Court Judge - Active | United States District Court - Northern District of Illinois |
| 2. Shareholder | Prarie Recreational Developments Inc. |
| 3. Part Time Faculty | Northwestern University School of Law |
| 4. Part Time Faculty | Loyola University Chicago School of Law |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2011 MAY 18 A 10: 00 RECEIVED

**Kendall, Virginia M.**

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2010 | Northwestern University School of Law teaching salary | $2,000.00 |
| 2. 2010 | Loyola University Chicago School of Law teaching salary | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Cristo Rey Work Study Program (full time salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 01/14 - 01/16/2010 | New Orleans, LA | Litigation Section Leadership Meeting | Lodging, meals & transportation |
| 2. | Cornell University | 03/08 - 03/12/2010 | Washington, DC | Vital Voices Summit & Avon Global Center for Women and Justice | Lodging, meals & transportation |
| 3. | American Bar Association | 06/17 - 06/19/2010 | Whistler, BC (Canada) | Litigation Section Leadership Meeting | Lodging, meals & Transportation |
| 4. | American Bar Association | 09/30 - 10/02/2010 | Chicago, IL | Litigation Section Leadership Meeting | Lodging, meals & Transportation |
| 5. | Lawyers Without Boarders | 11/06 - 11/14/2010 | Monrovia, Liberia | Judges' Training | Lodging, meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Visa | credit card | K |
| 2. | Chase Visa | credit card | J |
| 3. | Capital One | credit card | J |
| 4. | Harris Bank | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prarie Recreational Developments, Inc. | A | Interest | M | W | | | | | |
| 2. JPMorgan Chase Bank - accounts | A | Interest | J | T | | | | | |
| 3. JPMorgan Equity Index Fund | A | Dividend | J | T | | | | | |
| 4. Chase Trust 1 | C | Dividend | N | T | | | | | |
| 5. Chase Trust 2 | B | Dividend | J | T | | | | | |
| 6. JPMorganCore Bond Fund | B | Dividend | K | T | | | | | |
| 7. Oppenheimer US Government Bond Fund | A | Dividend | J | T | | | | | |
| 8. Fidelity Magellan Fund | A | Dividend | M | T | | | | | |
| 9. Fidelity Puritan Fund | A | Dividend | L | T | | | | | |
| 10. Washington National Variable Annuity | A | Interest | J | U | | | | | |
| 11. Columbia Fund Series Trust CL A | A | Dividend | J | T | | | | | |
| 12. JP Morgan US Money Market Reserve | A | Int./Div. | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Line 13 was redundant (see Part VI, Line 3)

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

S

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544